JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5941-GW-SSCx | Date | December 4, 2024 |
|---|---|---|---|
| Title | *Elyse James v. The Secretary of Housing and Urban Development, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - COURT ORDER**

    Defendant's motion to dismiss the second amended complaint came on for hearing on September 16, 2024, and was granted with leave to amend "no later than sixty days from the filing of this ruling" (which was on September 27, 2024). *See* Docket Nos. 58, 60. Plaintiff has failed to file a third amended complaint. Given the number of times the Court has allowed Plaintiff to file an amended complaint and further given the Court's extensive discussions of the viability of this action (*see, e.g.*, Docket No. 57), this lawsuit is dismissed without leave to amend.

                                                                            :

Initials of Preparer     JG